**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

WILLIAM F. CARADINE/ASSABUR
ADC # 90785                                                                                    **PLAINTIFF**

v.                                    2:11-cv-00137-SWW-JJV

CROMPTON, Captain,
East Arkansas Regional Unit,
Arkansas Department of Correction                                                **DEFENDANT**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 15th day of August, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE